No. 90–671.  CHRISTENSEN v. WARD ET AL., *ante*, p. 999;

No. 90–5100.  FORD v. LOUISIANA, *ante*, p. 992;

No. 90–5544:  JOHL v. PETERS ET AL., *ante*, p. 986;

No. 90–5691.  BROWN v. MCCOTTER, SECRETARY, DEPARTMENT OF CORRECTIONS OF NEW MEXICO, ET AL., *ante*, p. 1000;

No. 90–5755.  HERTEL ET AL. v. FEDERAL LAND BANK OF ST. LOUIS, *ante*, p. 987;

No. 90–5848.  PARKER v. FAIRMAN, WARDEN, ET AL., *ante*, p. 987;

No. 90–5855.  SELLERS v. DELGADO COLLEGE ET AL., *ante*, p. 987;

No. 90–6037.  MCGEE v. RANDALL DIVISION OF TEXTRON, INC., OF GRENADA, MISSISSIPPI, *ante*, p. 1015; and

No. 90–6085.  IN RE DOUGLASS, *ante*, p. 979.  Petitions for rehearing denied.

No. 89–1283.  ARCADIA, OHIO, ET AL. v. OHIO POWER CO. ET AL., *ante*, p. 73;

No. 89–5120.  PERRY v. LOUISIANA, *ante*, p. 38;

No. 89–5867.  IRWIN v. DEPARTMENT OF VETERANS AFFAIRS ET AL., *ante*, p. 89;

No. 89–7584.  COOK v. UNITED STATES, *ante*, p. 832; and

No. 89–7822.  GREEN ET AL. v. LAW FIRM OF WISEMAN, BLACKBURN, FUTRELL & COHEN ET AL., *ante*, p. 842.  Petitions for rehearing denied.  JUSTICE SOUTER took no part in the consideration or decision of these petitions.

JANUARY 24, 1991

No. 90–257.  NATIONAL COAL ASSN. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 90–558.  ALABAMA POWER CO. ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.  C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.  Reported below: 284 U. S. App. D. C. 136, 902 F. 2d 962.

JANUARY 31, 1991

No. 90–724.  ESPOSITO v. UNITED STATES.  C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.